

**ORDERED in the Southern District of Florida on April 13, 2015.**

Paul G. Hyman, Jr.
**Chief United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Steven and Maryann Grau                           Case No. 14-33439-PGH
                                                           Chapter 13

_____Debtor(s)_____/

### ORDER GRANTING MOTION TO APPROVE MORTGAGE MODIFICATION AGREEMENT WITH (LENDER)

This matter came before the Court:

XX    On the Debtor's Ex Parte Motion to Approve Mortgage Modification Agreement with  <u>CHASE</u> ("Lender").

☐    For hearing on _____, upon Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender.

MMM-LF-16 (08/01/14)

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Mortgage Modification Agreement is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. [For chapter 13 cases] The Debtor shall amend/modify the last filed chapter 13 plan on or before <u>May 1, 2015</u> to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Debtor's attorney shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).